NO. 30536

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

FILED 2010 JUL -2 PM 2:01 E.M. RIMANDO CLERK, APPELLATE COURTS STATE OF HAWAI‘I

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE CRAIG H. NAKAMURA, CHIEF JUDGE OF THE
INTERMEDIATE COURT OF APPEALS, STATE OF HAWAI‘I, Respondent.

ORIGINAL PROCEEDING
(No. 29993)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the June 15, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied. The denial is without prejudice to seeking relief in the intermediate court of appeals in No. 29993.

DATED: Honolulu, Hawai‘i, July 2, 2010.